1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No    CR-01-0325 VRW

12             Plaintiff,                    ORDER

13

14             v

15   ZAHRA GILAK,

16             Defendant.

17   _____/

18

19        Pursuant to FRCrP 28, the court appointed a Farsi

20   interpreter to assist the court and the parties in determining the

21   accuracy of transcripts of depositions of Farsi-speaking witnesses.

22   The court expected that the interpreter would report his findings

23   in a more timely fashion, an expectation no doubt shared by the

24   parties and counsel.

25   //

26   //

27   //

28   //

**United States District Court**
For the Northern District of California

The interpreter's failure to meet deadlines set by the court does not, however, make it appropriate for counsel to attempt to communicate directly with the interpreter.  The court ORDERS counsel and the parties to refrain from communicating with the interpreter.  All communications with the court or its appointees shall be made through the courtroom deputy, Ms Cora Delfin.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

**United States District Court**

For the Northern District of California

**2**