DORON WEINBERG (SBN 046131)
NINA WILDER (SBN 100474)

Law Offices of
WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472

Attorneys for Defendant
ZAHRA R. GILAK



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-01-0325 VRW |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME FOR FILING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL FOR ONE DAY** |
| vs. ) | |
| Defendants. ) | |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that the date for filing defendant's Motion for Judgment of Acquittal, pursuant to F.R.Cr.P. 29(c), and for a New Trial, pursuant to F.R.Cr.P. 33, will be continued to April 21, 2006. All other dates will remain the same.

Dated: 4-19-06       By: _C. Kelly_
                         CANDACE KELLY
                         Attorney for Plaintiff United States of America

STIPULATION AND ORDER RE RULE 29/33 MOTIONS
(CR 01-0325 VRW)                                    1

Dated: April 19, 2006        By: /s/ Nina Wilder
                                 NINA WILDER
                                 Attorney for Defendant
                                 ZAHRA R. GILAK

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for filing defendant's Motion for Judgment of Acquittal or for New Trial shall be extended one day to April 21, 2006.

**IT IS SO ORDERED.**

Dated: 2 0 APR 2006

HONORABLE VAUGHN R. WALKER
Chief Judge, U.S. District Court

STIPULATION AND ORDER RE: RULE 29/33 MOTIONS
(CR 01-0325 VRW)                         2