IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR-01-0325 VRW |
| Plaintiff, | ORDER |
| v | |
| ZAHRA GILAK, | |
| Defendant. | |

The hearing on defendant's motion for judgment of acquittal or a new trial, Doc #229, currently noticed for May 30, 2006, is CONTINUED to June 20, 2006, at 10:30 am. The government's brief in opposition shall be filed on or before June 2, 2006. Defendant may file a reply not later than June 9, 2006.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge