```
                                              FILED

                                              NOV X 8 2006

                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No   CR   01-0325   VRW |
|---|---|
| Plaintiff, | ORDER |
| v | |
| ZAHRA GILAK, | |
| Defendant. | |

  The court received a letter from former juror Richard A Falk, in which he requested to speak at defendant Zahra Gilak's sentencing hearing on December 12, 2006.  The clerk shall electronically file the letter.

  The court has found no specific provision allowing a former juror member to speak at a sentencing procedure, nor any specific provision precluding a former juror from speaking.  In fairness to both the government and the defendant, however, the parties should have an opportunity to read and comment on Mr Falk's anticipated statement.  Accordingly, the court requests Mr Falk to

1  submit a written summary of his statement to the court on or before
2  November 28, 2006. The court will then forward the summary to
3  counsel who may then respond, if they deem it advisable to do so.

     SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge