# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 01-00325-2 VRW
)
Zahra Gilak )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____March 13, 2007____ be continued until ____April 3, 2007____ at ____10:30 a.m.____ .

Date: __27 FEB 2007__

Vaughn R. Walker
Chief United States District Judge

NDC-PSR-009 12/06/04

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

Gilak,

        Defendant.
_____/

Case Number: CR01-00325 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Paul Crudo
U.S. Attorney's Office
450 Golden Gate Ave.
11th floor
San Francisco, CA 94102

Doron Weinberg
Nina Wilder
Weinberg & Wilder
523 Octavia St.
San Francisco, CA 94102

Cheryl Simone
U.S. Probation Office
450 Golden Gate Ave.
San Francisco, CA 94102

Dated: February 27, 2007

                                  Richard W. Wieking, Clerk
                                  By: Cora Klein, Deputy Clerk