1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  CANDACE KELLY (CSBN 191473)
   TIMOTHY P. CRUDO (CSBN 143835)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6962/6824
      Facsimile: (415) 436-7234
8     Timothy.Crudo@usdoj.gov
      Candace.Kelly@usdoj.gov
9
   Attorneys for the United States of America
10

FILED
APR 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,      )   NO.: CR-01-0325/VRW
                                   )
15        Plaintiff,               )   [PROPOSED] STIPULATED ORDER AMENDING
                                   )   JUDGMENT IN A CRIMINAL CASE
16                                 )
                                   )
17        v.                       )
                                   )
18                                 )
    ZAHRA GILAK,                   )
19                                 )
          Defendant.                )
20  _____ )

21

22      WHEREAS, sentencing in this matter was held on April 3, 2007, at which time the Court

23  ordered the defendant to forfeit $881,000;

24      WHEREAS, the Judgment in this matter was filed on April 6, 2007, and;

25      WHEREAS, the Judgment failed to include an order of forfeiture in the amount of

26  $881,000;

[PROPOSED] STIPULATED ORDER
CASE NO. CR-01-0325 VRW

1 THEREFORE, it is hereby stipulated, by and between the parties through their respective
2 counsel of record, that, pursuant to Federal Rule of Criminal Procedure 36, the Judgement in this
3 matter be amended to include an order of forfeiture in the amount of $881,000.

4 IT IS SO STIPULATED.

6 DATED: April 18, 2007

TIMOTHY P. CRUDO
Assistant U.S. Attorney

9 DATED: April 17, 2007

NINA WILDER
Counsel to Defendant

11 IT IS SO ORDERED.

13 DATED: 4/26/2007

HON. VAUGHN R. WALKER
United States District Judge

[PROPOSED] STIPULATED ORDER
CASE NO. CR-01-0325 VRW                       2