1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ADAM A. REEVES (DCBN 429112)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

**FILED**

MAR 23 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-01-0325 VRW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO SURRENDER |
| v. | ) |
| ZAHRA GILAK, | ) |
| Defendant. | ) |

WHEREAS, on February 28, 2006, the defendant was convicted on Counts Two and Forty-Six through Fifty;

WHEREAS, on April 3, 2007, the defendant was sentenced to 51 months in prison, 36 months of supervised release, a special assessment of $600, and restitution of $2.5 million;

WHEREAS, on April 12, 2007, the defendant filed a timely notice of appeal;

WHEREAS, on February 19, 2009, the United States Court of Appeals for the Ninth Circuit issued a Memorandum affirming the judgment, and;

///

1  WHEREAS, on March 18, 2009, the United States Court of Appeals for the Ninth Circuit
2  denied the defendant's petition for rehearing;
3  THEREFORE, it is hereby stipulated by and between the parties, through their respective
4  counsel of record, that the defendant shall report to the facility designated by the Bureau of
5  Prisons at or before 12:01 p.m. on May 1, 2009. If no such facility has been designed on or
6  before May 1, 2009, the defendant shall report to the United States Marshal in San Francisco,
7  California at or before 12:01 p.m. May 1, 2009.
8  IT IS SO STIPULATED.

10  DATED: March 20 2009         Joseph P. Russoniello
                                 United States Attorney

                                 /s/ Adam A. Reeves
                                 Adam A. Reeves
                                 Assistant United States Attorney

15  DATED: March 19, 2009        Weinberg & Wilder

                                 /s/ Nina Wilder
                                 Nina Wilder
                                 Attorney for Defendant Zahra Gilak

19  IT IS SO ORDERED.

21  Dated: March 23, 2009

                                 Hon. Vaughn R. Walker
                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER TO SURRENDER
Case No. CR-01-0325 VRW                    2