1  DORON WEINBERG (CA SBN 046131)
   NINA WILDER (CA SBN 100474)
2      Law Offices of
   **WEINBERG & WILDER**
3  523 OCTAVIA STREET
   SAN FRANCISCO, CALIFORNIA 94102
4  Telephone: (415) 431-3472
   Facsimile: (415) 552-2703
5
   Attorneys for Defendant
6  ZAHRA GILAK

**FILED**

APR 2 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   No. CR-01-0325-VRW
                                 )
        Plaintiff,                )
                                 )
            vs.                   )   **STIPULATION TO CONTINUE DATE**
                                 )   **FOR VOLUNTARY SURRENDER;**
ZAHRA GILAK,                      )   ~~[Proposed]~~ **ORDER**
                                 )
        Defendant.                )
_____)

IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that the date for defendant's surrender to the custody of the Bureau of Prisons shall be extended to **June 1, 2009 by 12:01 p.m.**, or to the United States Marshal's Service if no designation has been made by such date, so that defendant may remain at liberty during her son's surgery and his immediate recovery.

Dated: 4/23/2009

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By: ADAM A. REEVES
Assistant United States Attorney

STIPULATION TO CONTINUE DATE FOR
SURRENDER; ORDER (NO. CR-01-0325 VRW)

1

ORIGINAL

WEINBERG & WILDER

Dated: April 22, 2009

By: NINA WILDER
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED: APR 29 2009

HONORABLE VAUGHN R. WALKER
Chief United States District Judge

STIPULATION TO CONTINUE DATE FOR
SURRENDER; ORDER (NO. CR-01-0325 VRW)

2