DORON WEINBERG (CA SBN 046131)
NINA WILDER (CA SBN 100474)
    **Law Offices of**
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone:  (415) 431-3472
Facsimile:  (415) 552-2703

Attorneys for Defendant
ZAHRA GILAK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-01-0325-VRW |
|     Plaintiff, ) | *AMENDED* |
|     vs. ) | ORDER EXONERATING BAIL AND RELEASING SURETIES |
| ZAHRA GILAK, ) | |
|     Defendant. ) | |

    It appearing that defendant Zahra Gilak timely surrendered to the custody of the Bureau of Prisons on June 1, 2009, bail is exonerated and the Clerk of the Court is directed to reconvey to Raymond K. Neuman and Ziba Rahimzadeh the property located at *1098* Millcreek Way, Brentwood, California.

SO ORDERED.

Dated:  July 27, 2009

_____
HONORABLE VAUGHN R. WALKER
Chief, United States District Judge

*IT IS SO ORDERED*
Judge Vaughn R Walker