**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zahra Gilak,<br><br>        Petitioner,<br>   v.<br><br>United States of America,<br><br>        Respondent.<br>_____/ | NO. CR 01-0325 EJD<br>NO. C 10-01401 EJD<br><br>**JUDGMENT** |

    Pursuant to the Court's September 27, 2012 Order Dismissing Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 With Prejudice; Denying Certificate of Appealability, judgment is entered in favor of Respondent United States of America and against Petitioner Zahra Gilak.

    The Clerk shall close the companion case C 10-01401 EJD pursuant to this Judgment.

Dated: 9/28/2012

                                      EDWARD DAVILA
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Candace Kelly Candace.Kelly@usdoj.gov

Zahra R. Gilak
DUBLIN FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568

Dated:  October 1, 2012                    Richard W. Wieking, Clerk

By: *Elizabeth C Garcia*
    **Elizabeth Garcia**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California