UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 01-0325 EJD |
| Plaintiff, ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. ) | |
| ZAHRA GILAK, ) | |
| Defendant. ) | |

On March 23, 2017, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. Forfeiture Money Judgment in the amount of $881,000;

b. Bank of America check number 4920006484 in the amount of $291,426.94, which will be used to partially satisfy the money judgment;

c. Westamerica Bank check number 30441 from Global Discoveries in the amount of $1,199.34, which will also be used to partially satisfy the money judgment;

d. 16" Strand of 7-7 ½ mm Mikimoto pearls seized from Maryam Gilak

e. 18 Karat Gold and Diamond Earrings seized from Maryam Gilak

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 01-0325 EJD                                    1

pursuant to Title 18, United States Code, Section 982 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 6/5/2017

HONORABLE EDWARD J. DAVILA
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 01-0325 EJD                             2